```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Michael Adams,

                          Plaintiff,

        -against-

Verna Martin, Michelle Burke,
& Jemz Restaurant Inc.,

                          Defendants.
---------------------------------------------------------------X
```

**CORRECTED ORDER ADOPTING REPORT AND RECOMMENDATION**
23-CV-1243 (RER) (CLP)

**RAMÓN E. REYES, JR., U.S.D.J.:**

In a report and recommendation dated July 19, 2024, (ECF No. 27 (the "R&R")), Magistrate Judge Cheryl L. Pollak recommended that the Court grant Plaintiff Michael Adams' motion for default judgment, by issuing an injunction that requires: (1) Defendants to submit a compliance plan to remedy the violations described in the Complaint no more than sixty days after this Order is issued; (2) Plaintiff be given thirty days from receipt of the compliance plan to consent or seek further relief from the Court; and (3) Defendants be directed to make the necessary alterations within sixty days of Plaintiff's consent or any further ruling. (*Id.* at 11). Further, Judge Pollak recommended that Plaintiff be given six months from this Order to file a motion for attorney's fees and costs. (*Id.*).

Judge Pollak advised the parties that they had 14 days from the date that R&R was received to file objections. (*Id.* at 11–12). To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

Therefore, it is ordered that the R&R is adopted in its entirety, and this action is dismissed without prejudice. The Clerk of Court is directed to enter judgment in favor of Plaintiff Michael Adams and to close this case.

SO ORDERED.

/s/ Ramón E. Reyes
RAMÓN E. REYES, JR.
United States District Judge

Dated: August 14, 2024
      Brooklyn, NY