UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Michael Adams,

                            Plaintiff,                    JUDGMENT
            v.                                            23-CV-1243 (RER) (CLP)

Verna Martin, Michelle Burke,
& Jemz Restaurant Inc.,

                            Defendants.
-----------------------------------------------------------------X

A Corrected Order of the Honorable Ramon E. Reyes, United States District Judge, having been filed on August 14, 2024, adopting the Report and Recommendation of Magistrate Cheryl L. Pollak, dated July 19, 2024, which recommended that the Court grant Plaintiff Michael Adams' motion for default judgment, by issuing an injunction that requires: (1) Defendants to submit a compliance plan to remedy the violations described in the Complaint no more than sixty days after this Order is issued; (2) Plaintiff be given thirty days from receipt of the compliance plan to consent or seek further relief from the Court; and (3) Defendants be directed to make the necessary alterations within sixty days of Plaintiff's consent or any further ruling; further recommending that Plaintiff be given six months from this Order to file a motion for attorney's fees and costs; it is

ORDERED and ADJUDGED that this action is dismissed without prejudice; that judgment is hereby entered in favor of Plaintiff Michael Adams; that Plaintiff Michael Adams' motion for default judgment is granted by issuing an injunction that requires: (1) Defendants to submit a compliance plan to remedy the violations described in the Complaint no more than sixty days after this Order is issued; (2) Plaintiff be given thirty days from receipt of the compliance plan to consent or seek further relief from the Court; and (3) Defendants be directed to make the

necessary alterations within sixty days of Plaintiff's consent or any further ruling; and that

Plaintiff is to be given six months from this Order to file a motion for attorney's fees and costs.

Dated: Brooklyn, New York                    Brenna B. Mahoney
      August 14, 2024                    Clerk of Court

                                                      By:     */s/Jalitza Poveda*
                                                          Deputy Clerk