UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MICHAEL ADAMS,

                                        Plaintiff,

      -against-

VERNA MARTIN, MICHELLE BURKE,
& JEMZ RESTAURANT INC.,
                                      Defendants.
-------------------------------------------------------------------------X

"ENDORSED ORDER"
Docket Number
23-cv-01243-RER-CLP

**STIPULATION**
**OF DISCONTINUANCE**

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as counsel for the respective parties herein, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued, with prejudice without costs to any party as against the other.

        **IT IS FURTHER STIPULATED AND AGREED** that his Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
         January 6, 2025

**LAW OFFICE OF JENNIFER TUCEK, PC**      **QUINTAIROS, PRIETO, WOOD**
                                                                     **& BOYER, P.A**

*s/Jennifer Tucek*                                           *s/Jyoti M. Halsband*

_____      _____
By: Jennifer Tucek Esq.                       By: Jyoti M. Halsband,
Attorneys for Plaintiff                            Attorneys for Defendant
315 Madison Avenue, #3054               VERNA MARTIN
New York, New York 10017               233 Broadway, Suite 2120
(917) 669-6991                                    New York, New York 10279
TucekLaw@gmail.com                    (212) 226-4026
                                                      jyoti.halsband@qpwblaw.com

/s/RAMÓN E. REYES, JR.
United States District Judge
    The Court Clerk is respectfully directed to close the case.